**Order entered July 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00390-CV

### ALAN HALPERIN, AS TRUSTEE OF THE GFES LIQUIDATION TRUST, Appellant

### V.

### MICHEL B. MORENO, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-01025**

## ORDER

Before the Court is appellants' July 7, 2021 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **July 26, 2021**.

/s/     KEN MOLBERG
JUSTICE